```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ABAYOMI THOMPSON,                                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :      24 Civ. 713 (JPC)
                -v-                                                    :
                                                                       :            ORDER
R&J AUTOMOTIVE LLC,                                                    :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that, during their participation in the Court-annexed Mediation Program, the parties reached an agreement on all issues. Accordingly, it is hereby ordered that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by May 20, 2024.

    SO ORDERED.

Dated: May 13, 2024  
       New York, New York  
                                                JOHN P. CRONAN  
                                                United States District Judge