# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                Tel: 718-740-1000
Email: abdul@abdulhassan.com                              Fax: 718-740-2000
*Employment and Labor Lawyer*                          Web: www.abdulhassan.com

**May 20, 2024**

**Via ECF**

Hon. John P. Cronan, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 12-D
New York, NY 10007

<u>Re: Thompson v. R & J Automotive LLC</u>
Case No.  24-CV-00713 (JPC)(JLC)
**Motion for Extension of Time**

Dear Judge Cronan:

       My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the May 20, 2024 deadline for plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement papers. No prior request for an extension of this deadline was made.

       I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF

The request is granted.  The parties shall file the settlement paperwork by May 28, 2024.  The Clerk of Court is respectfully directed to close Docket Number 14.

SO ORDERED.
Date: May 21, 2024
New York, New York

                                                     JOHN P. CRONAN
                                               United States District Judge