```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ABAYOMI THOMPSON,                                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :      24 Civ. 713 (JPC)
                 -v-                                                   :
                                                                       :          ORDER
R&J AUTOMOTIVE LLC,                                                    :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      In light of the settlement reached in this matter, this action is dismissed without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within fourteen days of this Order.  The Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated: June 14, 2024
       New York, New York

                                               JOHN P. CRONAN
                                    United States District Judge